# MINUTES

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

09/12/2006  4:30 pm

SUE BEITIA, CLERK

CASE NUMBER:      CR 05-00325HG

CASE NAME:        USA v. (03) Audrey Pulgados

ATTYS FOR PLA:    Chris A. Thomas

ATTYS FOR DEFT:   (03) Daniel T. Pagliarini

INTERPRETER:

JUDGE:   Barry M. Kurren          REPORTER:   C6F

DATE:    09/12/2006               TIME:       2:30 - 2:53

COURT ACTION:  EP: Motion to Withdraw Not Guilty Plea and to Plead Anew as to (03) Audrey Pulgados - deft present on bail.

Mr. Pagliarini requests that defendant's name be corrected to Audrey Garnet Pacheco. Chris Thomas to amend the name by stipulation.

Consent to Rule 11 Plea in a Felony Case Before United States Magistrate Judge signed and filed.

Deft sworn and queried.  Advised of rights.
Memorandum of Plea Agreement signed and filed.

Plea of GUILTY entered to Count 6 of the Indictment.
Counts 1 and 9 to be dismissed after sentencing.

Court to submit Report and Recommendation Concerning Guilty Plea recommending that deft be adjudged guilty.
Deft advised of right to file objection to Report and Recommendation.

Pre-Sentence Investigation Report ordered.

SENTENCING 1/11/07 @ 2:15 p.m., HG.
Trial date vacated.

Bail to continue.

Submitted by Richlyn Young, courtroom manager