EDWARD H. KUBO, JR.  #2499
United States Attorney
District of Hawaii

FLORENCE T. NAKAKUNI #2286
Chief, Narcotics Section

CHRIS A. THOMAS     #3514
Assistant U.S. Attorney
Room 6-100, PJKK Federal Building
300 Ala Moana Boulevard
Honolulu, Hawaii  96850
Telephone:  (808) 541-2850
Facsimile:  (808) 541-2958
E-mail:     Chris.Thomas@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR. NO. 05-00325-03 HG |
| | ) | |
| Plaintiff, | ) | STIPULATION RE: DEFENDANT'S |
| | ) | NAME |
| vs. | ) | |
| | ) | |
| AUDREY PULGADOS,    (03) | ) | |
| Now Known As, | ) | |
| "AUDREY GARNET PACHECO" | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

STIPULATION RE: DEFENDANT'S NAME

      A hearing for Defendant's Motion for Withdrawal of Not Guilty Plea and to Plead Anew was held before the Honorable Barry M. Kurren, Magistrate Judge, on September 12, 2006.  Assistant U.S. Attorney Chris A. Thomas, appeared for the Plaintiff, and

Daniel T. Pagliarini, Esq., appeared for Defendant AUDREY PULGADOS, now known as, "AUDREY GARNET PACHECO", who was also present.  At the hearing, it was made known by defendant that although the Indictment refers to her as AUDREY PULGADOS, her true name is AUDREY GARNET PACHECO.

Plaintiff UNITED STATES OF AMERICA (hereinafter "government") and Defendant AUDREY PULGADOS, now known as, "AUDREY GARNET PACHECO", (hereinafter "defendant") by and through her attorney and with her agreement, hereby submits this stipulation as to defendant's name.  This means that the government and defendant agree that the following facts are true and will be adopted and incorporated throughout the remainder of this case.

1.  That AUDREY PULGADOS, named in the Indictment in Criminal No. 05-00325-03 HG, is now known as, "AUDREY GARNET PACHECO".

2.  That the person referred to as AUDREY PULGADOS, named in the Indictment in Criminal No. 05-00325-03 HG, is the same person now known as, "AUDREY GARNET PACHECO" and that all mention or references previously made with regard to the person referred to as AUDREY PULGADOS in any and all pleadings, police reports, documents, and letters relative to this case, for all intents and purposes applies herewith to the person now known as, "AUDREY GARNET PACHECO".

    3.    That further proceedings and relevant pleadings filed in this case will list the defendant as AUDREY PULGADOS, now known as, "AUDREY GARNET PACHECO".

    IT IS SO STIPULATED.

    DATED:  September 19, 2006, at Honolulu, Hawaii.

    EDWARD H. KUBO, JR.
United States Attorney
District of Hawaii


By /s/ Chris A. Thomas
    CHRIS A. THOMAS
    Assistant U.S. Attorney


/s/ Daniel T. Pagliarini
DANIEL T. PAGLIARINI, ESQ.
Attorney for Defendant

IT IS SO APPROVED AND ORDERED:



/s/ Barry M. Kurren
United States Magistrate Judge
Dated: September 19, 2006

United States vs. AUDREY PULGADOS,
now known as, "AUDREY GARNET PACHECO"
Cr. No. 05-00325-03 HG
"Stipulation Re: Defendant's Name"