IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR. NO. 05-00325-03 HG |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| AUDREY PULGADOS, | ) | |
| nka "AUDREY GARNET | ) | |
| PACHECO," | ) | |
| | ) | |
| Defendant. | ) | |

_____

### ACCEPTANCE OF PLEA OF GUILTY, ADJUDICATION OF GUILT AND NOTICE OF SENTENCING

Pursuant to the Report and Recommendation of the United States Magistrate Judge, to which there has been no timely objection, the plea of guilty of the Defendant to Count 6 of the Indictment is now Accepted and the Defendant is Adjudged Guilty of such offense. All parties shall appear before this Court for sentencing as directed.

IT IS SO ORDERED.

DATED: Honolulu, Hawaii, November 17, 2006.



　　　　　　　　　　　　　　　／S/ Helen Gillmor
　　　　　　　　　　　　　Helen Gillmor
　　　　　　　　　　　　　Chief United States District Judge