ORIGINAL

DANIEL T. PAGLIARINI 4585
Bishop Street Tower, Suite 2100
700 Bishop Street
Honolulu, Hawaii 96813
Telephone: (808) 587-5800

Attorney for Defendant
Audrey Pacheco fka
Audrey Pulgados

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

LODGED DEC 2 7 2006
DEC 2 6 2006 at 4 o'clock and 30min P M
SUE BEITIA, CLERK

CLERK, U.S. DISTRICT COURT
DISTRICT OF HAWAII

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA,  Plaintiff,  vs.  AUDREY PACHECO, fka   (03) AUDREY PULGADOS  Defendant. | CR. NO. 05-00325 HG-03  EX PARTE APPLICATION FOR ORDER DIRECTING UNITED STATES MARSHAL'S SERVICE TO ARRANGE FOR DEFENDANT'S ROUNDTRIP INTERISLAND TRANSPORTATION FOR SENTENCING; DECLARATION OF COUNSEL; ORDER |

EX PARTE APPLICATION FOR ORDER DIRECTING UNITED
STATES MARSHAL'S SERVICE TO ARRANGE FOR DEFENDANT'S
ROUNDTRIP INTERISLAND TRANSPORTATION FOR SENTENCING

Defendant, Audrey Pacheco, formerly known as Audrey Pulgados, through counsel, hereby applies to this Honorable Court for an order directing the U.S. Marshal's Service to arrange for Defendant's inter-island roundtrip transportation for sentencing, scheduled before this court on January 11, 2007 at 2:15 p.m..

This application is made pursuant to the provisions of 18 U.S.C. § 4285 and is based upon the attached declaration of counsel.

DATED:  Honolulu, Hawaii, December 26, 2006

DANIEL T. PAGLIARINI
Attorney for Defendant
Audrey Pacheco