DANIEL T. PAGLIARINI 4585
Bishop Street Tower, Suite 2100
700 Bishop Street
Honolulu, Hawaii 96813
Telephone: (808) 587-5800

Attorney for Defendant

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CR. NO. 05-00325 HG-03 |
| ) | |
| Plaintiff, ) | ORDER GRANTING DEFENDANT'S <u>EX</u> |
| ) | <u>PARTE</u> APPLICATION FOR ORDER |
| vs. ) | DIRECTING UNITED STATES |
| ) | MARSHAL'S SERVICE TO ARRANGE |
| AUDREY PACHECO, fka ) | FOR DEFENDANT'S ROUNDTRIP |
| AUDREY PULGADOS   (03) ) | INTERISLAND TRANSPORTATION |
| ) | FOR SENTENCING |
| Defendant. ) | |
| ) | |

ORDER GRANTING DEFENDANT'S <u>EX PARTE</u> APPLICATION FOR ORDER
DIRECTING UNITED STATES MARSHAL'S SERVICE TO ARRANGE FOR
DEFENDANT'S INTERISLAND TRANSPORTATION FOR SENTENCING

Defendant Audrey Pacheco, fka Audrey Pulgados, through counsel, having moved this court by <u>ex parte</u> application pursuant to 18 U.S.C. 4585 for an order directing the U.S. Marshal's Service to arrange for Defendant's roundtrip inter-island transportation from Kona Hawaii to Honolulu, Hawaii and return for purposes of sentencing on January 11, 2007;

NOW, THEREFORE, GOOD CAUSE APPEARING, IT IS HEREBY ORDERED that the U.S. Marshal's Service arrange for Defendant Audrey Pacheco, fka Audrey Pulgados' noncustodial roundtrip transportation in order for Defendant to attend her

3

sentencing on January 11, 2007.

        DATED: Honolulu, Hawaii, \_\_12-24-2006\_\_.

APPROVED AND SO ORDERED:

                              /s/
                              UNITED STATES MAGISTRATE JUDGE
                              District of Hawaii

UNITED STATES v. AUDREY PACHECO, fka AUDREY PULGADOS
CR. NO. 05-00325-03
ORDER GRANTING DEFENDANT'S EX PARTE APPLICATION FOR ORDER DIRECTING UNITED STATES MARSHAL'S SERVICE TO ARRANGE FOR DEFENDANT'S ROUNDTRIP INTERISLAND TRANSPORTATION FOR SENTENCING